UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  CR 08-127 ML

ANDREW SNEAD

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reduce Sentence pursuant to 18. U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines (Docket #20). The Motion is DENIED for the following reasons:

Defendant was sentenced pursuant to the Career Offender provisions of Section 4B1.1 of the Sentencing Guidelines. He is, therefore, not eligible for a sentence reduction.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
February 3, 2016